United States Bankruptcy Court

Eastern District of California

In re: Murray Todd Petersen

Case No.

Chapter 7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/11/2022

/s/ Murray Todd Petersen
Signature of Debtor

Signature of Joint Debtor

Adam Asarnow
386 Fort Washington Ave
1D
New York, NY 10033

Angela Cheney
11758 Melones Circle
Rancho Cordova, CA 95670

Ann Heinrich
5832 Prospect Ave.
Dallas, TX 75205

Bruce Horrigan
2712 Farmers Central Rd
Woodland, CA 95776

Bruce Westrup
5525 Sable Ridge Ct.
Folsom, CA 95630

Capital One Savor
P.O. Box 30285
Salt Lake City, UT 84130

Carol Brewer
8561 Le Parc
Fair Oaks, CA 95628

Chris Williams
PO Box 50
San Andreas, CA 95249

Christine Jordan
7314 Quail Rd
Fair Oaks, CA 95628

Daniel Leeman
111 Ponderosa
Folsom, CA 95630

Debra Sue Petersen
8741 Curragh Downs Drive
Fair Oaks, CA 95628

Don Aurnhammer
2965 Kachina Way
Rancho Cordova, CA 95670

Donna Sherman
8501 Bishop Creek Cir
Roseville, CA 95661

Fred Green
7000 Mercedes Ave.
Citrus Heights, CA 95621

Golden 1 Credit Union
PO Box 15966
Sacramento, CA 95852

Graham Properties LLC, c/o KCM Management
3140 Gold Camp Drive #150
Rancho Cordova, CA 95670-6023

Graham Properties LLC, c/o KCM Management
3140 Gold Camp Drive
Rancho Cordova, CA 95670

Great Lakes Educational Loan Services
2401 International Lane
Madison, WI 53704

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280-2501

Internal Revenue Service
PO Box 145585, Stop 8420G
Cincinnati, OH 45250-5585

Jack Barrett
915 Sierra Madre Way
El Macero, CA 95618

Jan Brewer
8561 Le Parc
Fair Oaks, CA 95628

Jeff Gladstone
307 2nd Ave NE
Sioux Center, IA 51250

Jill Chan
8446 Helsinki Way
Antelope, CA 95843

Jim Jordan
7314 Quail Rd
Fair Oaks, CA 95628

Jim Seminoff
1478 N. Lake Placid
Eagle, ID 83616

Jo Barrett
915 Sierra Madre Way
El Macero, CA 95618

JoAnn Stansberry
308 Morecombe Court
Roseville, CA 95747

Joe Bottom
PO Box 3840
Chico, CA 95927

Jon Heinrich
5832 Prospect Ave.
Dallas, TX 75205

Kurtrina King
18400 Tuolumne Road, A5
Tuolumne, CA 95379

Lynn and Sharon Malmstrom
1506 Allison Ranch Road
Grass Valley, CA 95949

Peter Buttweiler
2251 Eagle Dr.
Rocklin, CA 95677

Prime Visa
P.O. Box 15298
Wilmington, DE 19850

Rich Sherman
8501 Bishop Creek Cir
Roseville, CA 95661

Robert Meyers
3750 N Lakeshore Blvd.
Loomis, CA 95650

Ron Finch
5791 Starboard Drive
Discovery Bay, CA 94505

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Seth Asarnow
105 Marm Street
San Rafael, CA 94901

Stephen Lofholm
1217 Trehowell Drive
Roseville, CA 95678

Sue Skieresz
1052 Eagle Lane
San Mateo, CA 94404

Susan Hamarlund
2906 Cielo Vista
Minden, NV 89423

Synchrony Bank/Amazon
PO Box 960013
Orlando, FL 32896

Terry Collins
7740 Angel Falls Way
Redmond, OR 97756

Travelers Insurance Company
One Tower Square
Hartford, CT 06183

Trey Armstrong
8733 Quartzite Circle
Granite Bay, CA 95746

Warren Thomas
1703 Outpost Lane
Pasadena, CA 91107

Ygrene
2100 S McDowell Blvd
Petaluma, CA 94954

Adam Asarnow

386 Fort Washington Ave

1D

New York, NY 10033


Angela Cheney

11758 Melones Circle

Rancho Cordova, CA 95670


Ann Heinrich

5832 Prospect Ave.

Dallas, TX 75205


Bruce Horrigan

2712 Farmers Central Rd

Woodland, CA 95776


Bruce Westrup

5525 Sable Ridge Ct.

Folsom, CA 95630


Capital One Savor

P.O. Box 30285

Salt Lake City, UT 84130


Carol Brewer

8561 Le Parc

Fair Oaks, CA 95628

Chris Williams

PO Box 50

San Andreas, CA 95249

Christine Jordan

7314 Quail Rd

Fair Oaks, CA 95628

Daniel Leeman

111 Ponderosa

Folsom, CA 95630

Debra Sue Petersen

8741 Curragh Downs Drive

Fair Oaks, CA 95628

Don Aurnhammer

2965 Kachina Way

Rancho Cordova, CA 95670

Donna Sherman

8501 Bishop Creek Cir

Roseville, CA 95661

Fred Green

7000 Mercedes Ave.

Citrus Heights, CA 95621

Golden 1 Credit Union

PO Box 15966

Sacramento, CA 95852

Graham Properties LLC, c/o KCM Management

3140 Gold Camp Drive #150

Rancho Cordova, CA 95670-6023

Graham Properties LLC, c/o KCM Management

3140 Gold Camp Drive

Rancho Cordova, CA 95670

Great Lakes Educational Loan Services

2401 International Lane

Madison, WI 53704

Internal Revenue Service

PO Box 802501

Cincinnati, OH 45280-2501

Internal Revenue Service

PO Box 145585, Stop 8420G

Cincinnati, OH 45250-5585

Jack Barrett

915 Sierra Madre Way

El Macero, CA 95618

Jan Brewer

8561 Le Parc

Fair Oaks, CA 95628

Jeff Gladstone

307 2nd Ave NE

Sioux Center, IA 51250

Jill Chan

8446 Helsinki Way

Antelope, CA 95843

Jim Jordan

7314 Quail Rd

Fair Oaks, CA 95628

Jim Seminoff

1478 N. Lake Placid

Eagle, ID 83616

Jo Barrett

915 Sierra Madre Way

El Macero, CA 95618

JoAnn Stansberry

308 Morecombe Court

Roseville, CA 95747


Joe Bottom

PO Box 3840

Chico, CA 95927


Jon Heinrich

5832 Prospect Ave.

Dallas, TX 75205


Kurtrina King

18400 Tuolumne Road, A5

Tuolumne, CA 95379


Lynn and Sharon Malmstrom

1506 Allison Ranch Road

Grass Valley, CA 95949


Peter Buttweiler

2251 Eagle Dr.

Rocklin, CA 95677


Prime Visa

P.O. Box 15298

Wilmington, DE 19850

Rich Sherman

8501 Bishop Creek Cir

Roseville, CA 95661

Robert Meyers

3750 N Lakeshore Blvd.

Loomis, CA 95650

Ron Finch

5791 Starboard Drive

Discovery Bay, CA 94505

Select Portfolio Servicing

PO Box 65250

Salt Lake City, UT 84165

Seth Asarnow

105 Marm Street

San Rafael, CA 94901

Stephen Lofholm

1217 Trehowell Drive

Roseville, CA 95678

Sue Skieresz

1052 Eagle Lane

San Mateo, CA 94404


Susan Hamarlund

2906 Cielo Vista

Minden, NV 89423


Synchrony Bank/Amazon

PO Box 960013

Orlando, FL 32896


Terry Collins

7740 Angel Falls Way

Redmond, OR 97756


Travelers Insurance Company

One Tower Square

Hartford, CT 06183


Trey Armstrong

8733 Quartzite Circle

Granite Bay, CA 95746


Warren Thomas

1703 Outpost Lane

Pasadena, CA 91107

Ygrene

2100 S McDowell Blvd

Petaluma, CA 94954