# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re ) 
MURRAY TODD PETERSEN, )
) **Case No.** 2022-20581
)
Debtor(s). ) **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- [ ] Petition
- [✔] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes).
  - [ ] A/B  [ ] C  [ ] D  [ ] E/F  [ ] G  [ ] H  [ ] I  [ ] J
- [ ] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

**A fee of $32 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 4/7/2022          Attorney's or *Pro Se* Debtor's Signature: /s/ Galen M. Gentry
                                           Printed Name: Galen M. Gentry

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of  4  pages, is true and correct.

Dated: 4/7/2022                                                     Dated:

/s/ Murray Todd Petersen
Debtor's Signature                                                    Joint Debtor's Signature

## INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. ***Notice of the amendment will not be given by the Clerk's Office.*** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." ***(NOTE: No personal checks will be accepted.)***

Form EDC 2-015, Rev. 12/1/20

United States Bankruptcy Court

Eastern District of California

In re: Murray Todd Petersen

Debtor(s)

Case No. 22-20581

Chapter 7

AMENDED

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/05/2022

/s/ Murray Todd Petersen
Signature of Debtor

Signature of Joint Debtor

Adam Asarnow
386 Fort Washington Ave
1D
New York, NY 10033

Alan L. Ferguson
5000 DISCOVERY PT
DISCOVERY BAY, CA 94505

Angela Cheney
11758 Melones Circle
Rancho Cordova, CA 95670

Ann Heinrich
5832 Prospect Ave.
Dallas, TX 75205

Anne Watson
15171 County Road 220
Tyler, TX 75707

Apryl Waldman
320 E. Axton Road
Bellingham, WA 98226

Austin Duarte
3900 San Fernando Road
Apt. 1306
Glendale, CA 91204

Barbara Alden
2360 Rudat Circle
Rancho Cordova, CA 95670

Bobby Uppal
2991 Taylor Road
Loomis, CA 95650

Bruce Horrigan
2712 Farmers Central Rd
Woodland, CA 95776

Bruce Westrup
5525 Sable Ridge Ct.
Folsom, CA 95630

Capital One Savor
P.O. Box 30285
Salt Lake City, UT 84130

Carol Brewer
8561 Le Parc
Fair Oaks, CA 95628

Chris Williams
PO Box 50
San Andreas, CA 95249

Christine Jordan
7314 Quail Rd
Fair Oaks, CA 95628

Christine Patterson
5321 Manzanita Ave.
Apt #1
Carmichael, CA 95608

Daniel and Simona Pere
9037 PECOR WAY
Orangevale, CA 95662

Daniel Leeman
111 Ponderosa
Folsom, CA 95630

David and Jessica Ocenosak
11010 ORLEANS RIVER CT
Rancho Cordova, CA 95670

Debra Sue Petersen
8741 Curragh Downs Drive
Fair Oaks, CA 95628

Dochtor Kennedy
1115 WILLOW WAY
Jefferson, CO 80456

Don Aurnhammer
2965 Kachina Way
Rancho Cordova, CA 95670

Donna Sherman
8501 Bishop Creek Cir
Roseville, CA 95661

Elijah Robles
1148 Versailles Ave.
Alameda, CA 94501

Francisco and Louise Nava
3877 Aetna Springs Way
Sacramento, CA 95834

Fred Green
7000 Mercedes Ave.
Citrus Heights, CA 95621

Golden 1 Credit Union
PO Box 15966
Sacramento, CA 95852

Graham Properties LLC, c/o KCM Management
3140 Gold Camp Drive #150
Rancho Cordova, CA 95670-6023

Graham Properties LLC, c/o KCM Management
3140 Gold Camp Drive
Rancho Cordova, CA 95670

Great Lakes Educational Loan Services
2401 International Lane
Madison, WI 53704

Henry and Sharon Willis
707 Violet Lane
Lincoln, CA 95648

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280-2501

Internal Revenue Service
PO Box 145585, Stop 8420G
Cincinnati, OH 45250-5585

Jack and Susan Eberhart
539 Cottonwood Creek Road
Durango, CO 81301

Jack Barrett
915 Sierra Madre Way
El Macero, CA 95618

James and Jan Cookson
1227 S. Green St.
Tehachapi, CA 93561

Jan Brewer
8561 Le Parc
Fair Oaks, CA 95628

Jeff Gladstone
307 2nd Ave NE
Sioux Center, IA 51250

Jill Chan
8446 Helsinki Way
Antelope, CA 95843

Jim Jordan
7314 Quail Rd
Fair Oaks, CA 95628

Jim Seminoff
1478 N. Lake Placid
Eagle, ID 83616

Jo Barrett
915 Sierra Madre Way
El Macero, CA 95618

JoAnn Stansberry
308 Morecombe Court
Roseville, CA 95747

Joe Bottom
PO Box 3840
Chico, CA 95927

John Lymath
951 Reserve Dr.
Suite 100
Roseville, CA 95678

Jon Heinrich
5832 Prospect Ave.
Dallas, TX 75205

Kurtrina King
18400 Tuolumne Road, A5
Tuolumne, CA 95379

Lynn and Sharon Malmstrom
1506 Allison Ranch Road
Grass Valley, CA 95949

Peter Buttweiler
2251 Eagle Dr.
Rocklin, CA 95677

Peter M. Damiano
1408 KERSLAKE CIR
Folsom, CA 95630

Prime Visa
P.O. Box 15298
Wilmington, DE 19850

Randy and Marilee Armstrong
8733 Quartzite Circle
Granite Bay, CA 95146

Richard and Kathleen Sherman
8501 Bishop Creek Cir
Roseville, CA 95661

Robert Meyers
3750 N Lakeshore Blvd.
Loomis, CA 95650

Ron and Jan Finch
5791 Starboard Dr.
Discovery Bay, CA 94505

Roshan Weeramantry
1007 Amite Avenue
Berkeley, CA 94705

SCF Securities, Inc.
155 E. SHAW AVENUE
Fresno, CA 93710

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Seth Asarnow
105 Marm Street
San Rafael, CA 94901

Stephen and Deborah L. Burnett
4005 CORNWALL WAY
Rocklin, CA 95677

Stephen and Pam Lofholm
1217 Trehowell Drive
Roseville, CA 95678

Stuart and Renee Nemy
8571 Strong Ave.
Orangevale, CA 95662

Sue Skieresz
1052 Eagle Lane
San Mateo, CA 94404

Susan Hamarlund
2906 Cielo Vista
Minden, NV 89423

Synchrony Bank/Amazon
PO Box 960013
Orlando, FL 32896

Synchrony Bank/Stray Credit Card
P.O. Box 965060
Orlando, FL 32896

Terry Collins
7740 Angel Falls Way
Redmond, OR 97756

Travelers Insurance Company
One Tower Square
Hartford, CT 06183

Trey Armstrong
8733 Quartzite Circle
Granite Bay, CA 95746

Virginia Franz and Franz Family Trust
2308 Christian Valley Toad
Auburn, CA 95602

Warren Thomas
1703 Outpost Lane
Pasadena, CA 91107

William and Debra Hudson
7345 Itchy Acres Road
Granite Bay, CA 95746

William and Patricia Gross
3727 59th Avenue Circle E
Ellenton, FL 34222

Ygrene
2100 S McDowell Blvd
Petaluma, CA 94954

Adam Asarnow

386 Fort Washington Ave

1D

New York, NY 10033


Alan L. Ferguson

5000 DISCOVERY PT

DISCOVERY BAY, CA 94505


Angela Cheney

11758 Melones Circle

Rancho Cordova, CA 95670


Ann Heinrich

5832 Prospect Ave.

Dallas, TX 75205


Anne Watson

15171 County Road 220

Tyler, TX 75707


Apryl Waldman

320 E. Axton Road

Bellingham, WA 98226


Austin Duarte

3900 San Fernando Road

Apt. 1306

Glendale, CA 91204

Barbara Alden

2360 Rudat Circle

Rancho Cordova, CA 95670

Bobby Uppal

2991 Taylor Road

Loomis, CA 95650

Bruce Horrigan

2712 Farmers Central Rd

Woodland, CA 95776

Bruce Westrup

5525 Sable Ridge Ct.

Folsom, CA 95630

Capital One Savor

P.O. Box 30285

Salt Lake City, UT 84130

Carol Brewer

8561 Le Parc

Fair Oaks, CA 95628

Chris Williams

PO Box 50

San Andreas, CA 95249

Christine Jordan

7314 Quail Rd

Fair Oaks, CA 95628

Christine Patterson

5321 Manzanita Ave.

Apt #1

Carmichael, CA 95608

Daniel and Simona Pere

9037 PECOR WAY

Orangevale, CA 95662

Daniel Leeman

111 Ponderosa

Folsom, CA 95630

David and Jessica Ocenosak

11010 ORLEANS RIVER CT

Rancho Cordova, CA 95670

Debra Sue Petersen

8741 Curragh Downs Drive

Fair Oaks, CA 95628

Dochtor Kennedy

1115 WILLOW WAY

Jefferson, CO 80456

Don Aurnhammer

2965 Kachina Way

Rancho Cordova, CA 95670

Donna Sherman

8501 Bishop Creek Cir

Roseville, CA 95661

Elijah Robles

1148 Versailles Ave.

Alameda, CA 94501

Francisco and Louise Nava

3877 Aetna Springs Way

Sacramento, CA 95834

Fred Green

7000 Mercedes Ave.

Citrus Heights, CA 95621

Golden 1 Credit Union

PO Box 15966

Sacramento, CA 95852

Graham Properties LLC, c/o KCM Management

3140 Gold Camp Drive #150

Rancho Cordova, CA 95670-6023

Graham Properties LLC, c/o KCM Management

3140 Gold Camp Drive

Rancho Cordova, CA 95670

Great Lakes Educational Loan Services

2401 International Lane

Madison, WI 53704

Henry and Sharon Willis

707 Violet Lane

Lincoln, CA 95648

Internal Revenue Service

PO Box 802501

Cincinnati, OH 45280-2501

Internal Revenue Service

PO Box 145585, Stop 8420G

Cincinnati, OH 45250-5585

Jack and Susan Eberhart

539 Cottonwood Creek Road

Durango, CO 81301


Jack Barrett

915 Sierra Madre Way

El Macero, CA 95618


James and Jan Cookson

1227 S. Green St.

Tehachapi, CA 93561


Jan Brewer

8561 Le Parc

Fair Oaks, CA 95628


Jeff Gladstone

307 2nd Ave NE

Sioux Center, IA 51250


Jill Chan

8446 Helsinki Way

Antelope, CA 95843


Jim Jordan

7314 Quail Rd

Fair Oaks, CA 95628

Jim Seminoff

1478 N. Lake Placid

Eagle, ID 83616

Jo Barrett

915 Sierra Madre Way

El Macero, CA 95618

JoAnn Stansberry

308 Morecombe Court

Roseville, CA 95747

Joe Bottom

PO Box 3840

Chico, CA 95927

John Lymath

951 Reserve Dr.

Suite 100

Roseville, CA 95678

Jon Heinrich

5832 Prospect Ave.

Dallas, TX 75205

Kurtrina King

18400 Tuolumne Road, A5

Tuolumne, CA 95379

Lynn and Sharon Malmstrom

1506 Allison Ranch Road

Grass Valley, CA 95949

Peter Buttweiler

2251 Eagle Dr.

Rocklin, CA 95677

Peter M. Damiano

1408 KERSLAKE CIR

Folsom, CA 95630

Prime Visa

P.O. Box 15298

Wilmington, DE 19850

Randy and Marilee Armstrong

8733 Quartzite Circle

Granite Bay, CA 95146

Richard and Kathleen Sherman

8501 Bishop Creek Cir

Roseville, CA 95661

Robert Meyers

3750 N Lakeshore Blvd.

Loomis, CA 95650

Ron and Jan Finch

5791 Starboard Dr.

Discovery Bay, CA 94505

Roshan Weeramantry

1007 Amite Avenue

Berkeley, CA 94705

SCF Securities, Inc.

155 E. SHAW AVENUE

Fresno, CA 93710

Select Portfolio Servicing

PO Box 65250

Salt Lake City, UT 84165

Seth Asarnow

105 Marm Street

San Rafael, CA 94901

Stephen and Deborah L. Burnett

4005 CORNWALL WAY

Rocklin, CA 95677

Stephen and Pam Lofholm

1217 Trehowell Drive

Roseville, CA 95678

Stuart and Renee Nemy

8571 Strong Ave.

Orangevale, CA 95662

Sue Skieresz

1052 Eagle Lane

San Mateo, CA 94404

Susan Hamarlund

2906 Cielo Vista

Minden, NV 89423

Synchrony Bank/Amazon

PO Box 960013

Orlando, FL 32896

Synchrony Bank/Stray Credit Card

P.O. Box 965060

Orlando, FL 32896

Terry Collins

7740 Angel Falls Way

Redmond, OR 97756

Travelers Insurance Company

One Tower Square

Hartford, CT 06183

Trey Armstrong

8733 Quartzite Circle

Granite Bay, CA 95746

Virginia Franz and Franz Family Trust

2308 Christian Valley Toad

Auburn, CA 95602

Warren Thomas

1703 Outpost Lane

Pasadena, CA 91107

William and Debra Hudson

7345 Itchy Acres Road

Granite Bay, CA 95746

William and Patricia Gross

3727 59th Avenue Circle E

Ellenton, FL 34222

Ygrene

2100 S McDowell Blvd

Petaluma, CA 94954